PD-0825-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/6/2015 12:35:54 PM
Accepted 7/7/2015 3:20:41 PM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

July 7, 2015

NO._____

ABEL ACOSTA, CLERK

IN THE
RT OF CRIMINAL APPEALS
OF TEXAS

**ANTHONY CARL CRAVER**
Petitioner

v.

**THE STATE OF TEXAS**
Respondent

Petition is in Cause No. 1272901D from
Criminal District Court No. Two of Tarrant County, Texas,
and Cause No. 02-14-00076-CR in the
Court of Appeals for the Second District of Texas

**MOTION TO FILE ENLARGED PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Anthony Carl Craver ("Petitioner"), who files his Motion to File Enlarged Petition for Discretionary Review pursuant to Rule 9.4(i)(4) of the Texas Rules of Appellate Procedure, and in support would respectfully show unto this honorable Court the following:

## I.

Petitioner has submitted concurrent with this Motion his Petition for Discretionary Review. Exclusive of the pages containing the caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix, the Petition contains 5621 words, or 1,121 words over the page limit set forth in Rule 9.4(i)(2)(E) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(2)(E).

The additional 1,121 words are necessary and should be allowed by this Court for the following reasons:

1) the complexity of the legal and factual issues raised by the circumstances of this case; and

2) were counsel required to omit 1,121 words of argument and analysis from the instant Petition, the effectiveness of his representation might be severely impacted and would interfere with the orderly administration of justice.

PREMISES CONSIDERED, Petitioner Anthony Carl Craver prays that this Court grant this Motion in all respects, and allows him to file his Enlarged Petition submitted concurrently with this Motion. Petitioner prays for any further relief to

which he may be justly entitled.

Respectfully submitted,

/s/ Abe Factor
Abe Factor
TBN: 06768500
Factor, Campbell & Collins
Attorneys at Law
5719 Airport Freeway
Fort Worth, Texas 76117
Phone: (817) 222-3333
Fax: (817) 222-3330
Email: lawfactor@yahoo.com
Attorneys for Petitioner
Anthony Carl Craver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to counsel for the State's Prosecuting Attorney and the Tarrant County District Attorney by a manner compliant with the Texas Rules of Appellate Procedure, on this 6th day of July, 2015.

/s/ Abe Factor
Abe Factor